# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5124**                                    **September Term, 2025**

**1:25-cv-00766-JEB**

**Filed On:** November 14, 2025

J.G.G., et al.,

      Appellees

      v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

**BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the court's order denying the petition for rehearing en banc entered this date, it is

**ORDERED** that the grant of mandamus relief in the court's order entered on August 8, 2025, become effective and the administrative stay entered on April 18, 2025, dissolve seven days from the date of this order.

The Clerk is directed to issue the appeal-related mandate herein seven days from the date of this order.

### Per Curiam

                     **FOR THE COURT:**
                     Clifton B. Cislak, Clerk

            BY:    /s/
                     Daniel J. Reidy
                     Deputy Clerk